# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>vs.<br><br>MALIK M. WASHINGTON,<br><br>            Defendant. | **8:23CR163**<br><br>**ORDER** |

This matter is before the court on the motion of Federal Public Defender Yvonne D. Sosa and the Office of the Federal Public Defender to withdraw as counsel for the defendant, Malik M. Washington (Filing No. 26). Yvonne D. Sosa represents that the Office of the Federal Public Defender has a conflict of interest in this matter. Yvonne D. Sosa's and the Office of the Federal Public Defender's motion to withdraw (Filing No. 26) is granted.

Brent M. Bloom, 416 South 14th Street, Omaha, NE 68102, (402) 342-2833, is appointed to represent Malik M. Washington for the balance of these proceedings pursuant to the Criminal Justice Act. Yvonne D. Sosa shall forthwith provide Brent M. Bloom with the discovery materials provided the defendant by the government and such other materials obtained by Yvonne D. Sosa which are material to Malik M. Washington's defense.

The clerk shall provide a copy of this order to the defendant and Brent M. Bloom, and he shall file his appearance forthwith.

**IT IS SO ORDERED.**

Dated this 17th day of August, 2023.

                                                            BY THE COURT:

                                                            s/ Susan M. Bazis<br>
                                                            United States Magistrate Judge